OSCN Found Document:RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 RE SUSPENSION OF CERTIFICATES OF CERTIFIED SHORTHAND REPORTERS
2024 OK 11
Decided: 03/04/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 11, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION

 

 

RE: Suspension of Certificates of Certified Shorthand Reporters

ORDER

The Oklahoma Board of Examiners of Certified Shorthand Reporters has recommended to the Supreme Court of the State of Oklahoma the suspension of the certificate of each of the Oklahoma Certified Shorthand Court Reporters listed on the attached Exhibit for failure to comply with the annual certificate renewal requirements for 2024.

Pursuant to 20 O.S., Chapter 20, App. 1, Rules 20(c) and 23(d), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date.

IT IS THEREFORE ORDERED that the certificate of each of the court reporters named on the attached Exhibit is hereby suspended effective March 4, 2024.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 4TH day of MARCH, 2024.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR

_Court Reporters Exhibit A

 

 
 
 
 Name
 
 
 CSR #
 
 
 Reason
 
 
 
 
 Shea Aleman

  

 Lisa Buckles

 Kortney Houts

  

 Marlene Johnson

 Suelynn Morgan

 Melissia Prawl
 
 
 2034

  

 1052

 1804

  

 322

 1397

 1751
 
 
 Renewal Fee and Continuing Education

 Renewal Fee and Continuing Education

 Renewal Fee and Continuing Education

 Renewal Fee

 Continuing Education

 Continuing Education
 
 
 

 

 

 

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA